**Order entered December 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01603-CV

### IN THE INTEREST OF Z.M.C. AND R.B.C., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-52980-2008**

## ORDER

Before the Court is appellant's motion to review two trial court orders dated December 2, 2013. One order sustains the court reporter's contest to appellant's affidavit of indigence and the other order "APPROVES the Affidavit" . . . and "ORDER[S] that [appellant] may proceed as a pauper in this cause and is not required to pay the filing fees incurred or to give security thereof." In accordance with Texas Rule of Appellate Procedure 20.1(j)(3), we **ORDER** Sheri J. Vecera, Official Court Reporter**, to file the record of the December 2, 2013 indigency hearing no later than December 22, 2013.** No extensions will be granted. *See* TEX. R. APP. P. 20.1(j)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Angela M. Tucker, Presiding Judge, 199th Judicial District Court; Sheri J. Vecera; and all parties.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE